# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Melinda Jane Patterson**  
    Debtor

Case No.:   04–11549–SDB  
Judge:   Susan D. Barrett  
Chapter:   13

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

***IT IS ORDERED THAT:***

☒ Huon Le is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

☒ The chapter 13 case of the above debtor is closed; and

☐ Other provisions:

                        Susan D. Barrett,  
                        United States Bankruptcy Judge  
                        PO Box 1487  
                        Augusta, GA 30903

Dated: September 30, 2009

B271 [Rev. 06/05] **LA**